# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**DON RANDAL JACKSON**                                    **CIVIL ACTION**

**VERSUS**                                                          **NO: 08-4293-MVL-SS**

**GROW & SON'S, INC., et al**

## ORDER

OMNI PINNACLE'S MOTION TO QUASH (Rec. doc. 49)

       **DISMISSED WITHOUT PREJUDICE**

PLAINTIFF'S MOTION FOR CONTEMPT (Rec. doc. 51)

       **DISMISSED WITHOUT PREJUDICE**

On May 24, 2010, Omni Pinnacle, LLC ("Omni Pinnacle"), a non-party, and the plaintiff, Don Randal Jackson ("Jackson"), filed a joint motion to continue two motions. Rec. doc. 55. The motions arose out of Jackson's issuance of a subpoena duces tecum to Omni Pinnacle. It filed a motion to quash, or in the alternative to limit the scope to its previous production. Rec. doc. 49. Jackson filed a motion for contempt regarding a subpoena to Omni Pinnacle. Rec. doc. 51. The request of Omni Pinnacle and Jackson to continue the motions to July 7, 2010 was granted to permit them to resolve the discovery dispute. Rec. doc. 57. They filed a second motion for continuance to permit Jackson to participate in a settlement conference. The motions were continued to July 28, 2010. Rec. doc. 61.

On July 21, 2010, the District Judge granted Jackson's motion to continue the trial. A scheduling conference is set for August 6, 2010. Rec. doc. 65. A settlement conference set for July 22, 2010 was canceled. Rec. doc. 66.

Omni Pinnacle's motion to quash, alternatively for protective order and Jackson's motion for contempt will be dismissed without prejudice.  If Omni Pinnacle and Jackson have not resolved their discovery dispute, they may re-file the motions.  They shall fully comply with L.R. 37.1 before doing so.

IT IS ORDERED that the motion of the non-party, Omni Pinnacle, to quash (Rec. doc. 49) and Jackson's motion for contempt (Rec. doc. 51) are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 28th day of July, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**