UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DON RANDAL JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-4293** |
| **GROW & SON'S, INC. AND STRANCO, INC.** | **SECTION: "S" (1)** |

### ORDER

**IT IS HEREBY ORDERED** that Stranco, Inc.'s Motion to Stay Execution of Judgment Pending Appeal and to Set Supersedeas Bond (Doc. #194) is **GRANTED.**

**IT IS FURTHER ORDERED** that upon approved posting of the supersedeas bond with this court in the amount of $193,657.72,[1] the enforcement of the final Amended Judgment (Doc. #175), as well as plaintiff's Request for Writ of *Fieri Facias* (Execution) (Doc. #191), Supplemental Petition for Garnishment directed to Capital One N.A. and Parish of St. Tammany as garnishees (Doc. #192), and Supplemental Petition for Garnishment directed to Rio Grande of Abita, LLC, Stranco Environmental Resources, Inc., Stranco Solid Waste Management Company, LLC, Abita Land & Investment, Inc., Abita Fleet Leasing, Inc., and WPS Express Inc. as garnishees (Doc. #193)are **STAYED** pending the disposition of defendant's appeal of this matter to the United States Court of Appeals for the Fifth Circuit.

---

[1] Local Rule 62.2 provides that:

> A supersedeas bond staying execution of a money judgment must be in the amount of the judgment plus 20% of that amount to cover interest, costs and any damages award, unless the court directs otherwise.

New Orleans, Louisiana, this __16th__ day of May, 2012.

                                          _____
                                                **MARY ANN VIAL LEMMON**
                                              **UNITED STATES DISTRICT JUDGE**